Evan Livingstone, SBN 252008
**CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**
1160 N Dutton Ave Suite 105
Santa Rosa, CA 95401
Tel.: (707) 528-9941
Fax: (707) 528-0125
Email: elivingstone@crla.org

Attorneys for Plaintiff Johnny Phouthachack

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY PHOUTHACHACK<br><br>            Plaintiff,<br><br>      vs.<br><br>OCWEN FINANCIAL CORPORATION, WILMINGTON SAVINGS FUND SOCIETY, FSB, FRANKLIN CREDIT MANAGEMENT CORPORATION<br><br>            Defendants. | Case No. 1:20-cv-01812-AWI-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT OWCEN FINANCIAL CORPORATION**<br><br>**Rule 41(a)(1)(A)(i)** |

TO THE COURT, ALL DEFENDANTS AND THEIR ATTORNEYS:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff JOHNNY PHOUTHACHACK hereby files this notice of dismissal of this action against Defendant OCWEN FINANCIAL CORPORATION only, without a court order as allowed before the opposing party has served a response.

Dismissal is without prejudice.

Dated: January 11, 2021                                California Rural Legal Assistance, Inc.

                                                                       /s/ Evan Livingstone
                                                                       Evan Livingstone
                                                                       Attorneys for Plaintiff
                                                                       JOHNNY PHOUTHACHACK