UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY PHOUTHACHACK,<br><br>                    Plaintiff,<br><br>         v.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, et al.,<br><br>                    Defendants. | Case No.  1:20-cv-01812-BAM<br><br>**ORDER DIRECTING CLERK TO AMEND CAPTION** |

On January 11, 2021, Plaintiff Johnny Phouthachack voluntarily dismissed Defendant Ocwen Financial Corporation from this action pursuant to Federal Rule of Civil Procedure 41. (Docs. 7, 10.)   Accordingly, the Clerk of the Court is directed to amend the caption and docket in this matter to reflect that this action proceeds only against Defendants Wilmington Savings Fund Society, FSB, and Franklin Credit Management Corporation.

IT IS SO ORDERED.

   Dated:   **March 30, 2021**                         /s/ Barbara A. McAuliffe            _
                                                     UNITED STATES MAGISTRATE JUDGE

1