UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY PHOUTHACHACK,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, et al.,<br><br>Defendants. | Case No.  1:20-cv-01812-BAM<br><br>**ORDER REFERRING ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM** |

Plaintiff Johnny Phouthachack and Defendants Wilmington Savings Fund Society, FSB, and Franklin Credit Management Corporation have voluntarily agreed to and asked the Court for referral of this action to the Voluntary Dispute Resolution Program before beginning extensive formal discovery.  Local Rule 271.   Accordingly, IT IS HEREBY ORDERED as follows:

     1.    This action is referred to the Voluntary Dispute Resolution Program;

     2.    The parties shall complete initial disclosures prior to any Voluntary Dispute Resolution session and no later than **May 24, 2021**; and

     3.    The parties shall notify the Court within thirty (30) days of completing the Voluntary Dispute Resolution Program.

IT IS SO ORDERED.

Dated:   __March 30, 2021__             /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

1