# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOHNNY PHOUTHACHACK, | Case No. 1:20-cv-01812-BAM |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO COMPLETE VOLUNTARY DISPUTE RESOLUTION PROGRAM** |
| v. | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, et al., | (Doc. 27) |
| Defendants. | |

Pending before the Court is the stipulation of Plaintiff Johnny Phouthachack and Defendants Wilmington Savings Fund Society, FSB, and Franklin Credit Management Corporation to extend their deadline to complete the Voluntary Dispute Resolution Program ("VDRP") until September 15, 2021. (Doc. 27.) According to the stipulation, the parties are still conducting discovery and have agreed to a tentative date to conduct the VDRP session on August 24, 2021. The August 24, 2021 date is beyond the deadline established by Local Rule 271(j)(1).

Having considered the stipulation, and good cause appearing, the parties shall complete VDRP no later than September 15, 2021. The parties shall notify the Court within thirty (30) days of completing VDRP.

IT IS SO ORDERED.

Dated: **July 7, 2021**　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1