Evan Livingstone, SBN 252008
**CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**
1160 N Dutton Ave Suite 105
Santa Rosa, CA 95401
Tel.: (707) 528-9941
Fax: (707) 528-0125
Email: elivingstone@crla.org

Attorneys for Plaintiff Johnny Phouthachack

Bradford E. Klein, SBN 259252
**ZBS Law, LLP**
30 Corporate Park, Suite 450
Irvine, CA 92606
P: 714-848-7920 Ext. 338
F: 714-848-7650
Email: bklein@zbslaw.com

Attorneys for Defendants Wilmington Savings Fund Society, FSB and Franklin Credit Management Corporation

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNY PHOUTHACHACK<br><br>Plaintiff,<br><br>vs.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB and FRANKLIN CREDIT MANAGEMENT CORPORATION<br><br>Defendants. | Case No. 1:20-cv-01812-BAM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE (F.R.C.P. 41(a)(1)(A)(ii))**<br><br>Judge:    Hon. Barbara A. McAuliffe<br><br>Complaint Filed: 12/22/2021 |

  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JOHNNY PHOUTHACHACK and Defendants WILMINGTON SAVINGS FUND SOCIETY, FSB and FRANKLIN CREDIT MANAGEMENT CORPORATION, stipulate to dismissal of the above entitled civil action with prejudice, each party to pay its own costs and attorney's fees.

  This dismissal is signed by all parties who have appeared, therefore, dismissal without a court order is proper.

SO STIPULATED

Dated: July 29, 2021			California Rural Legal Assistance, Inc.

/s/Evan Livingstone
Evan Livingstone
Attorneys for Plaintiff
JOHNNY PHOUTHACHACK

DATED:  July 29, 2021			ZBS LAW, LLP

By:/s/ Bradford E. Klein
Bradford E. Klein, Esq.
Attorneys for Defendants,
WILMINGTON SAVINGS FUND SOCIETY, FSB and FRANKLIN CREDIT MANAGEMENT CORPORATION